NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD T. BOWEN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2010-3065

---

Appeal from the Merit Systems Protection Board in No. SF0752090040-I-2.

---

**JUDGMENT**

---

ALI M. SACHANI, Attorney at Law, Chatsworth, California, argued for petitioner.

ALLISON KIDD-MILLER, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director. Of counsel on the brief was BRENDA VOSGUANIAN, United States Department of the Navy, of Port Hueneme, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2010     /s/ Jan Horbaly
Date                     Jan Horbaly
                          Clerk